## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Han Wolf Gorbaty
      aka Ilan W. Gorbaty
      aka Ilan Gorbaty
      aka Elan W. Gorbaty

                 Debtor(s)

CHAPTER 13

BKY. NO. 18-13503 MDC

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of Ditech Financial LLC and index same on the master mailing list.

                      Respectfully submitted,

                      **/s/ Rebeca A. Solarz, Esquire**
                      Rebeca A. Solarz, Esquire
                      KML Law Group, P.C.
                      701 Market Street, Suite 5000
                      Philadelphia, PA 19106-1532
                      (215) 627-1322 FAX (215) 627-7734