## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Ilan Wolf Gorbaty          :      Chapter 13
                                          :      No.     18-13503
                                          :

### **ORDER**

AND NOW, this 14th day of June, 2018, upon consideration of the within Motion to Extend Time to File Required Documents, after notice and hearing thereon, it is hereby

ORDERED that the Motion is GRANTED, and it is

FURTHER ORDERED that Debtors shall file all required documents with the Court on or before **June 28, 2018**.

*[signature: Magdeline D. Coleman]*

**J.**
**United States Bankruptcy Judge**

See Attached List

William C. Miller
Chapter 13 Trustee
111 S. Independence Mall, Suite 583
Philadelphia, PA 19106-0119P

Anthony A. Frigo
175 Strafford Ave., Suite One
Wayne, PA 19087

Ilan Wolf Gorbaty
162 Edgehill Rd.
Bala Cynwyd, PA 19004

All Interested Parties