United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 18-13503-mdc
Ilan Wolf Gorbaty                                                       Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: PaulP              Page 1 of 1              Date Rcvd: Jun 14, 2018
                  Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 16, 2018.
db           +Ilan Wolf Gorbaty,   162 Edgehill Rd.,   Bala Cynwyd, PA 19004-3144

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 16, 2018                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 14, 2018 at the address(es) listed below:
      ANTHONY A. FRIGO    on behalf of Debtor  Ilan Wolf Gorbaty anthonyfrigo@msn.com, frigoar70666@notify.bestcase.com
      KEVIN S. FRANKEL    on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper, et al... pa-bk@logs.com
      REBECCA ANN SOLARZ    on behalf of Creditor   Ditech Financial LLC bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                                                                                                       TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Ilan Wolf Gorbaty                :            Chapter 13
                                         :            No.     18-13503
                                         :

## **ORDER**

AND NOW, this 14th day of June, 2018, upon consideration of the within Motion to Extend Time to File Required Documents, after notice and hearing thereon, it is hereby

ORDERED that the Motion is GRANTED, and it is

FURTHER ORDERED that Debtors shall file all required documents with the Court on or before **June 28, 2018**.

*Magdeline D. Coleman*

**J.**
**United States Bankruptcy Judge**

See Attached List

William C. Miller
Chapter 13 Trustee
111 S. Independence Mall, Suite 583
Philadelphia, PA 19106-0119P

Anthony A. Frigo
175 Strafford Ave., Suite One
Wayne, PA 19087

Ilan Wolf Gorbaty
162 Edgehill Rd.
Bala Cynwyd, PA 19004

All Interested Parties