United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Ilan Wolf Gorbaty  
    Debtor

Case No. 18-13503-mdc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: PaulP     Page 1 of 1     Date Rcvd: Oct 02, 2018  
                      Form ID: trc     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 04, 2018.  
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
14178112        E-mail/Text: bankruptcy.bnc@ditech.com Oct 03 2018 02:06:06      Ditech Financial LLC,  
       P.O. Box 6154,    Rapid City, SD 57709-6154  
                                                                                        TOTAL: 1

              ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                              TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 04, 2018                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 1, 2018 at the address(es) listed below:  
       ALEXANDRA T. GARCIA     on behalf of Creditor     Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust  
         ecfmail@mwc-law.com,    ecfmail@ecf.courtdrive.com  
       ANTHONY A. FRIGO     on behalf of Debtor Ilan Wolf Gorbaty anthonyfrigo@msn.com, frigoar70666@notify.bestcase.com  
       KEVIN S. FRANKEL     on behalf of Creditor     Nationstar Mortgage LLC d/b/a Mr. Cooper, et al... pa-bk@logs.com  
       REBECCA ANN SOLARZ     on behalf of Creditor     Ditech Financial LLC bkgroup@kmllawgroup.com  
       SARAH K. MCCAFFERY     on behalf of Creditor     Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust smccaffery@squirelaw.com  
       United States Trustee     USTPRegion03.PH.ECF@usdoj.gov  
       WILLIAM C. MILLER, Esq.     ecfemails@ph13trustee.com,    philaecf@gmail.com  
                                                                                                                                                                                 TOTAL: 7

**2100 B (12/15**)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 18-13503-mdc
Chapter 13

In re: Debtor(s) (including Name and Address)

Ilan Wolf Gorbaty
162 Edgehill Rd.
Bala Cynwyd PA 19004

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 10/01/2018.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 3: Ditech Financial LLC, P.O. Box 6154, Rapid City, SD 57709-6154 | Wilmington Savings Fund Society, FSB<br>d/b/a Christiana Trust, not individually<br>c/o Rushmore Loan Management Services<br>PO Box 55004<br>Irvine CA 92619 |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    10/04/18

Tim McGrath
**CLERK OF THE COURT**